## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                    BANKRUPTCY NO. 08-00026-EE

SHIRLEY JEAN DOUGLAS                      Dkt. #26

3831 CAMILLA DRIVE

JACKSON MS 39212


### ORDER DENYING TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee, Harold J. Barkley, Jr., has filed a Notice and Motion to Dismiss the above styled and numbered case for the reason that the **DEBTOR(S)** have failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

The **TRUSTEE** has advised the Court that the **DEBTOR(S)** are now current in their payments.

**IT IS, THEREFORE, ORDERED** that the said Motion to Dismiss should be and hereby is denied.

**SO ORDERED.**

_/s/ Edward Ellington_
Edward Ellington
United States Bankruptcy Judge
Dated: July 2, 2010

WILLIAM RYAN HOOD
3770 HIGHWAY 80 WEST

JACKSON 39209    MS

SUBMITTED BY:

/S/ Harold J. Barkley, Jr.
Harold J. Barkley, Jr. - Msb #2008
Chapter 13 Trustee
Post Office Box 4476
Jackson, Ms 39296-4476
Telephone: 601-362-6161
e-mail: hjb@hbarkley13.com